**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

RICHARD JERRY McLEOD,         :
                                :
      **Plaintiff,**           :
**v.**                          :          **CASE NO:**
                                :          **7:26-cv-05–WLS**
CATHERINE SMITH, *et al.,*    :
                                :
      **Defendants.**     :

_____

## ORDER

Presently before the Court is the *pro se* Plaintiff's Motion for Dismissal Without Prejudice ("Motion") (Doc. 13). Therein, Plaintiff requests the Court dismiss his "above-styled civil action" without prejudice pursuant to Federal Rule 44. However, Plaintiff's Motion requires clarification as to two matters.

First, the caption in Plaintiff Motion refers to only "CATHERINE M. SMITH" as "Defendant" without referencing "*et al.*" or any other Defendants. Second, Federal Rule 44 does not apply to the dismissal of a case or parties from a case. Rather, Federal Rule 41 applies to dismissal of actions.

Accordingly, as Plaintiff is proceeding *pro se* and to ensure his Motion is properly considered, Plaintiff is hereby **ORDERED** to file an amended Motion clarifying the Federal Rule under which he is proceeding and whether he intends to voluntarily dismiss his action without prejudice as to all Defendants. Such amended Motion shall be filed **no later than Monday, April 6, 2026**.

**SO ORDERED**, this 24th day of March 2026.

                                          **/s/W. Louis Sands**
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**