**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **RICHARD JERRY McLEOD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:26-cv-05–WLS** |
| **CATHERINE SMITH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Presently before the Court is the *pro se* Plaintiff's Motion for Dismissal without Prejudice (Doc. 13), as amended by Plaintiff's Amendment to His Previously Filed Notice of Voluntary Dismissal of the Above-Captioned Order Without the Necessity of a Court Order (Doc. 15) (together with Doc. 13, the "Notice"). Pursuant to the Notice, under Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff dismisses, without prejudice, all claims against all Defendants, none of whom have served an answer or motion for summary judgment in this action.

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiff's Notice (Docs. 13, 15). The above-captioned action is **DISMISSED, WITHOUT PREJUDICE**. The parties shall bear their own fees and costs. Plaintiff shall recover nothing of Defendants.

The pending motions to dismiss (Docs. 5, 6, 10) are **DENIED, WITHOUT PREJUDICE, AS MOOT**.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 6th day of April 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"