IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICHARD JERRY MCLEOD,                          *

          Plaintiff,                   *

v.                                             Case No. 7:26-cv-5 (WLS)

                       *

CATHERINE SMITH, et al.,

                       *

          Defendants.                  *

_____          *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 6, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 7th day of April, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk